# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KEVIN STARKEY,

    Plaintiff,

v.                                           Case No. 3:21-cv-768-TJC-JBT

ACME BARRICADES, L.C., a Florida
Limited Liability Company,

    Defendant.

## **O R D E R**

Upon review of the Joint Stipulation for Dismissal With Prejudice (Doc. 21), filed on August 23, 2022, this case is dismissed with prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of August, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record